**From:** caed_cmecf_helpdesk@caed.uscourts.gov [mailto:caed_cmecf_helpdesk@caed.uscourts.gov]
**Sent:** Monday, August 21, 2006 12:51 PM
**To:** caed_cmecf_nef@caed.uscourts.gov
**Subject:** Activity in Case 5:06-mj-00031-TAG USA v. Rhoden "Detention Hearing"

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Eastern District of California - Live System

Notice of Electronic Filing

The following transaction was received from Hernandez, M entered on 8/21/2006 at 12:51 PM PDT and filed on 8/18/2006
**Case Name:**       USA v. Rhoden
**Case Number:**     5:06-mj-31
**Filer:**
**Document Number:** 7

**Docket Text:**
MINUTES (Text Only) for proceedings held before Judge Dennis L. Beck :DETENTION HEARING as to Rodney W Rhoden held on 8/18/2006. Defendant is ordered release on Pretrial Service conditions ($200,000 property bond, 3rd party, passport, travel restrictions) Defendant is ordered to appear in the District of Alaska, Anchorage within 2 weeks. Status Conference re property bond set for 8/25/2006 at 11:00 AM in Courtroom 7 (SMS) before Magistrate Judge Sandra M. Snyder. Government Counsel S Crass present. Defense Counsel M Ament present. Custody Status: Custody. Court Reporter/CD Number: K Lopez. (Hernandez, M)

The following document(s) are associated with this transaction:

**5:06-mj-31-1 Electronically filed documents will be served electronically to:**

8/22/2006