IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00041-09-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RODNEY W. RHODEN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the Government's Motion for Miscellaneous Relief for the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED**.

IT IS SO ORDERED.

DATED this ____ day of August, 2006, at Anchorage, Alaska.

_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE