IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>RODNEY W. RHODEN,<br><br>            Defendants. | ) Case 3:06-cr-041-09-RRB<br>)<br>)<br>)<br>)<br>)<br>)<br>) *** **AMENDED** ***<br>) <u>**ORDER RE RELEASE**</u><br>)<br>)<br>)<br>)<br>) |

      Application having been made to this Court by the United States of America, pursuant to 18 U.S.C. § 3145, to appeal the order in Case Number 5:06-mj-31 of Magistrate Judge Dennis L. Beck on August 18, 2006, in the Eastern District of California, regarding conditions of release of the Defendant in the above-captioned case,

      IT IS ORDERED that the release order of the Magistrate Judge, dated August 18, 2006, is rescinded.  It is FURTHER ORDERED that the Defendant remain in the custody of the United States Marshals, and if he has already been released, remand himself into the custody of the United States Marshals.  The United States Marshals shall then transport the Defendant forthwith to the District of Alaska for further proceedings in the above-captioned

ORDER RE RELEASE - 1
3:06-CR-0041-RRB

case.  Upon return to Alaska, the Defendant may reopen the issue of detention before a Magistrate Judge in this District.

      ENTERED this 23rd day of August, 2006.

                                  /s/ RALPH R. BEISTLINE
                                  UNITED STATES DISTRICT JUDGE