# COMMITMENT TO ANOTHER DISTRICT
Rule 40 Federal Rules of Criminal Procedures

| UNITED STATES DISTRICT COURT | **EASTERN DISTRICT OF CALIFORNIA** |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS<br><br>RODNEY W. RHODEN | Docket Number<br><br>Magistrate Case Number<br><br>5:06 MJ-00031-TAG |

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☒ INDICTMENT    ☐ INFORMATION    ☐ COMPLAINT    ☐ OTHER (SPECIFY)

CHARGING A VIOLATION OF: 21 U.S.C. § SECTION 963, 952+ 960(a) + (b)(1),
(b)(3); 846, 841(a)(1) + (b)(1)(A) . . . . . . . .

**DISTRICT OF OFFENSE** Alaska, Anchorage

**DESCRIPTION OF CHARGES:** Conspiracy to import Controlled Substances; Conspiracy in Relation to Marijuana Trafficking; . . . . . .

**CURRANT BOND STATUS:** __ Bail fixed at _____ and conditions were not met

✓ Government moved for detention and defendant detained after hearing in District of Arrest

__ Government moved for detention and defendant detained pending detention hearing in District of Offense

__ Other (specify)

**REPRESENTATION:** _Retained Counsel  ✓ Federal Defender  __ CJA Attorney  __None

**INTERPRETER REQUIRED?** ✓ No  __ Yes  Language:

TO:   THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named
defendant with a certified copy of this commitment forthwith
to the district of offense as specified above and there deliver
the defendant to the United States Marshal for the District or to
some other officer authorized to receive the defendant.

Date  8/25/06

SANDRA M. SNYDER, UNITED STATES MAGISTRATE JUDGE

## RETURN

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) _____<br>DEPUTY MARSHAL |

as of 10/2000