QUIN DENVIR, Bar #49374
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RODNEY W. RHODEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 5:06-mj-0031 TAG |
| Plaintiff, | ) |
| v. | ) APPEARANCE OF COUNSEL OF RECORD |
| | ) AND *CHANGE* IN DESIGNATION OF |
| RODNEY W. RHODEN, | ) COUNSEL FOR SERVICE |
| Defendant. | ) |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 83-182, and the Criminal Justice Act Plan for this district, Part VI,

paragraph B, I confirm my appearance as counsel of record in this case for RODNEY W. RHODEN, and

designate new counsel for service as follows:

> Marc C. Ament
> Assistant Federal Defender
> 2300 Tulare Street, Suite 330
> Fresno, CA 93721-2226
> Telephone: 559-487-5561

Former counsel for service was Gregory H. Mitts.

I hereby certify that I am an attorney admitted to practice in this court.

August 16, 2006                                   /s/ Marc C. Ament
                                                 MARC C. AMENT
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 Rodney W. Rhoden

Appearance and Change in Designation of Counsel