```
McGREGOR W. SCOTT
United States Attorney
STEVEN M. CRASS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 5:06-MJ-00031 |
| ) Plaintiff, ) | NOTICE OF RESCINDED ORDER |
| v. ) | |
| RODNEY RHODEN, ) | |
| ) Defendant. ) | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Steven M. Crass, Assistant United States Attorney, hereby notifies this court that United States District Judge Ralph R. Beistline in the District of Alaska rescinded the release order dated August 18, 2006.

Dated: August 24, 2006          McGREGOR W. SCOTT
                                United States Attorney


                                By : /s/ Steven M. Crass
                                     STEVEN M. CRASS
                                     Assistant U.S. Attorney

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28