# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

## OFFICE OF THE CLERK
**2500 Tulare Street**
**Fresno, CA 93721**

District of Alaska
Michael D. Hall
222 West Seventh Avenue
Anchorage, Alaska 99513–7564

**RE:**     USA vs. RODNEY W RHODEN
**USDC No.:**   5:06–MJ–00031–TAG

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated August 25, 2006 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 12.**

    Documents maintained electronically by the district court are accessible through
    PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

                  Very truly yours,

**August 29, 2006**         /s/ **S. Martin**
                  Deputy Clerk

RECEIVED BY:
                  Please Print Name

DATE RECEIVED:

NEW CASE
NUMBER: