CLOSED

# U.S. District Court
# Eastern District of California - Live System (Bakersfield)
# CRIMINAL DOCKET FOR CASE #: 5:06-mj-00031-TAG-ALL
# Internal Use Only

RECEIVED
SEP 05 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Case title: USA v. Rhoden                Date Filed: 08/11/2006

Assigned to: Magistrate
Judge Theresa A. Goldner

**Defendant**

**Rodney W Rhoden** (1)          represented by **Marc C Ament**
*TERMINATED: 08/29/2006*                        Federal Defender's Office
                                                2300 Tulare St., Ste. 330
                                                Fresno, CA 93721
                                                (559) 487-5561 x232
                                                Fax: (559) 487-5950
                                                Email: marc_ament@fd.org
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE*
                                                *NOTICED*
                                                *Designation: Public Defender*
                                                *or Community Defender*
                                                *Appointment*

                                                **Gregory Henrick Mitts**
                                                Law Office of Gregory H.
                                                Mitts
                                                1309 L Street
                                                Bakersfield, CA 93301
                                                661-323-0789
                                                Fax: 661-323-5514
                                                Email:

I hereby attest and certify on 8/29/06 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
- VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ Deputy

gregmitts@gregmittsesq.com
*TERMINATED: 08/16/2006*
*ATTORNEY TO BE*
*NOTICED*
*Designation: CJA*
*Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| USA | represented by | **Steven Michael Crass**<br>United States Attorney's Office<br>2500 Tulare Street<br>Suite 4401<br>Fresno, CA 93721<br>559-497-4025<br>Fax: 559-497-4099 |
|---|---|---|

Email:
Steven.M.Crass@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2006 | 1 | RULE 5(c)(3) DOCUMENTS RECEIVED as to Rodney W Rhoden (Leon Guerrero, A) (Entered: 08/11/2006) |
| 08/11/2006 | 2 | MINUTES (Text Only) for proceedings held before Judge Theresa A. Goldner :INITIAL APPEARANCE in RULE 5(c)(3) PROCEEDINGS as to Rodney W Rhoden held on 8/11/2006. Appearance entered by Gregory Henrick Mitts (INITIAL APPEARANCE ONLY). Further reading of Indictment and further advisal of statutory and constitutional rights waived. True name stated as charged. Defendant ORDERED temporarily detained into the care, custody, and control of the U.S. Marshals pending further proceedings. No objection by defendant's counsel for Pre Trial Services to conduct an interview with defendant without the presence of counsel. Detention and Status Hearing, and Identity Hearing set for 8/16/2006 at 11:00 AM in Courtroom 7 (SMS) before Judge Snyder.Government Counsel S. Crass (telephonic) present. Defense Counsel G. Mitts present. Custody Status: In-custody. Court Reporter/CD Number: ECRO. (Leon Guerrero, A) (Entered: 08/11/2006) |
| 08/11/2006 | 3 | CJA 23 FINANCIAL AFFIDAVIT by Rodney W Rhoden. (Leon Guerrero, A) (Entered: 08/11/2006) |
| 08/16/2006 | 4 | CJA 20 as to Rodney W Rhoden: Appointment of Attorney Gregory H. Mitts for Initial Appearance only |

| | | |
|---|---|---|
| | | in Bakersfield - signed by Judge Theresa A. Goldner on 8/16/2006. (Leon Guerrero, A) (Entered: 08/16/2006) |
| 08/16/2006 | ○5 | DESIGNATION of COUNSEL FOR SERVICE. Added attorney Marc C Ament and Marc C Ament for Rodney W Rhoden, attorney Gregory Henrick Mitts terminated. (Ament, Marc) (Entered: 08/16/2006) |
| 08/16/2006 | ○6 | MINUTES (Text Only) for proceedings held before Judge Oliver W. Wanger on 8/16/2006: MOTION HEARING for appointment counsel - So Ordered. IDENTITY HEARING re Superseding Indictment from Dist of Alaska, Anchorage as to Rodney W Rhoden held, defendant waives I.D. Hearing. STATUS CONFERENCE held. Defense request detention hearing be continued to Friday. DETENTION HEARING continued TO 8/18/2006 at 11:00 AM in Courtroom 9 (DLB) before Judge Dennis L. Beck. Government Counsel D. Rice for S. Crass present. Defense Counsel M. Ament - FD appointed present. Custody Status: in Custody. Court Reporter/CD Number: P. Crawford. (Herman, H) (Entered: 08/16/2006) |
| 08/18/2006 | ○7 | MINUTES (Text Only) for proceedings held before Judge Dennis L. Beck :DETENTION HEARING as to Rodney W Rhoden held on 8/18/2006. Defendant is ordered release on Pretrial Service conditions ($200,000 property bond, 3rd party, passport, travel restrictions) Defendant is ordered to appear in the District of Alaska, Anchorage within 2 weeks. Status Conference re property bond set for 8/25/2006 at 11:00 AM in Courtroom 7 (SMS) before Magistrate Judge Sandra M. Snyder. Government Counsel S Crass present. Defense Counsel M Ament present. Custody Status: Custody. Court Reporter/CD Number: K Lopez. (Hernandez, M) (Entered: 08/21/2006) |
| | | |

| | | |
|---|---|---|
| 08/18/2006 | ●8 | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT as to Rodney W. Rhoden, signed by Judge Oliver W. Wanger on 08/18/2006. (Martin, S) (Entered: 08/22/2006) |
| 08/24/2006 | ●9 | NOTICE *of Rescinded Release Order* by USA as to Rodney W Rhoden. (Attachments: # 1 Order Rescinding Release order of August 18, 2006)(Crass, Steven) (Entered: 08/24/2006) |
| 08/25/2006 | ●10 | MINUTES (Text Only) for proceedings held before Judge Sandra M. Snyder on 8/25/2006: STATUS CONFERENCE as to Rodney W Rhoden bail status held - Court has received a copy of the 'Rescinded Release Order' issued by District Judge Ralph R. Beistline in the Dist of Alaska dated 8/23/06. Court orders defendant DETAINED pursuant to Judge Beistline's Order and TRANSPORTED back to Alaska. Government Counsel K. Sanchez present. Defense Counsel M. Ament present. Custody Status: in Custody. Court Reporter/CD Number: K. Lopez. (Herman, H) (Entered: 08/25/2006) |
| 08/25/2006 | ●11 | DETENTION ORDER as to Rodney W Rhoden & transported to District of Alaska, signed by Judge Sandra M. Snyder on 8/25/2006. (Herman, H) (Entered: 08/25/2006) |
| 08/25/2006 | ●12 | COMMITMENT to ANOTHER DISTRICT as to Rodney W Rhoden. Defendant committed to the District of Alaska, Anchorage; order signed by Judge Theresa A. Goldner on 8/25/06. (Rooney, M) (Entered: 08/29/2006) |
| 08/25/2006 | ●13 | TRANSMITTAL of DOCUMENTS on *8/25/2006* to * District of Alaska* *Michael D. Hall* *222 West Seventh Avenue* *Anchorage, Alaska 99513-7564*. *Electronic Documents: 1 to 12. *. (Martin, S) (Entered: 08/29/2006) |

| 08/29/2006 | ***TERMINATE DEFENDANT Rodney W Rhoden, pending deadlines, and motions., ***SET/CLEAR FLAGS as to Rodney W Rhoden (Martin, S) (Entered: 08/29/2006) |
|---|---|