AO 442 (Rev. 12/85) Warrant for Arrest



# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

**RECEIVED**

SEP 1 4 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

***~~SEALED~~***

## WARRANT FOR ARREST

V.

RODNEY W. RHODEN

CASE NUMBER: 3:06-cr-00041-09-RRB

To:    The United States Marshal
       and any Authorized United States Officer

       YOU ARE HEREBY COMMANDED to arrest RODNEY W. RHODEN and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Superseding Indictment   [] Information   [] Complaint   [] Order of Court   [] Violation Notice   [] Probation Violation Petition

charging him or her with (brief description of offense):
21:963, 952 & 960(a) & (b)(1), (b)(3) - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES - Count 1
21:846, 841(a)(1) & (b)(1)(A) - CONSPIRACY IN RELATION TO MARIJUANA TRAFFICKING - Count 2
21:853(a)(1) & (a)(2) - DRUG FORFEITURE - Count 144

in violation of Title  United States Code, Section(s)

Ida Romack
Nam_____

by  **redacted signature**      Deputy Clerk
Sign_____ _. _____ _____

Bail Fixed at $ to be determined _____

Clerk of Court
Title of Issuing Officer

June 21, 2006, at Anchorage, Alaska
Date and Location

by  Magistrate Judge John D. Roberts

---

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at:  _Fresno ,CA_ | | |
| DATE RECEIVED
6/21/06
DATE OF ARREST
8/9/06 | NAME AND TITLE OF ARRESTING OFFICER
John Olson   DUSM | SIGNATURE OF ARRESTING OFFICER |