```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. RODNEY W. RHODEN         CASE NO. 3:06-cr-00041-09-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES ATTORNEY:          FRANK RUSSO

DEFENDANT'S ATTORNEY:            T. BURKE WONNELL - APPOINTED

U.S.P.O.:                        PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON SUPERSEDING INDICTMENT
             HELD SEPTEMBER 12, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:07 p.m. court convened.

 X Copy of Superseding Indictment given to defendant.

 X Defendant sworn.

 X Defendant advised of general rights.  X Waived full advisement
                                           of rights.

 X Defendant advised of charges and penalties.

 X Defendant states true name: Same as above.

 X Financial Affidavit **FILED**.
  X Federal Public Defender to appoint CJA counsel; FPD notified.

 X Plea(s): Not Guilty to counts 1, 2, and 144 of the Superseding
   Indictment.

 X Defendant detained/Detention Hearing set for **September 14,
   2006 at 2:00 p.m.**

 X Order of Temporary Detention Pending Hearing **FILED**.



                       CONTINUED ON PAGE 2

DATE:  September 12, 2006      DEPUTY CLERK'S INITIALS:    amk

```
              CONTINUATION - PAGE 2
             U.S.A. vs. RODNEY W. RHODEN
                 3:06-cr-00041-09-RRB
          ARRAIGNMENT ON SUPERSEDING INDICTMENT
                  September 12, 2006
```

 X  Motion deadlines continued as previously set forth in docket
    177, with the exception to the deadlines established in
    paragraphs a, b, c, and d.  Motions classified in paragraphs
    a, b, c and d of docket 177 are due by **September 22, 2006**.
    Court directed clerk to provide Mr. Wonnell with a copy of
    docket 177. Order for the Progression of a Criminal Case with
    Trial by Jury and Final Pretrial Conference **FILED.**

 X  Counsel advised of trial date:  **February 12, 2007 at 8:30 a.m.**
    before U.S. District Judge Ralph R. Beistline.

 X  OTHER: Court and counsel heard re defendant's oral motion for
 a detention hearing; **GRANTED.**

At 2:20 p.m. court adjourned.

OFF RECORD NOTE: Final Pretrial Conference set for **February 2, 2007 at 9:00 a.m.** before U.S. District Judge Ralph R. Beistline.

DATE:   September 12, 2006      DEPUTY CLERK'S INITIALS:    amk