```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

U.S.A. vs. RODNEY W. RHODEN          CASE NO. 3:06-cr-00041-09-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         FRANK RUSSO AND MICHAEL BURKE

DEFENDANT'S ATTORNEY:            T. BURKE WONNELL

U.S.P.O.:                        TIM ASTLE

PROCEEDINGS: DETENTION HEARING HELD SEPTEMBER 14, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 2:06 p.m. court convened.

Court and counsel heard re defense counsels oral motion to release the defendant with conditions.

Monica Zulay Rhoden sworn and testified on behalf of the defendant as a third party custodian.

Court and counsel heard re plaintiff's oral motion to admit plaintiff's exhibit 1; **GRANTED.**

Court and counsel heard re defense counsels oral motion to release the defendant with conditions; **DENIED.**

Defendant's detention continued. Order of Detention Pending Trial **FILED.**

List of Exhibits and List of Witnesses filed separately.

Original exhibits retained by counsel.

At 2:34 p.m. court adjourned.

DATE:     September 14, 2006      DEPUTY CLERK'S INITIALS:   ak