(Rev 9/06)                          **LIST OF EXHIBITS**

----------------------------------------------------------------------------------

Case No. 3:06-cr-00041-09-RRB          Magistrate Judge: **JOHN D. ROBERTS**

Title          U.S.A.

    vs.

        Rodney W. Rhoden

Dates of Hearing/Trial:        September 14, 2006

Deputy Clerk/Recorder:        April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Frank Russo | T. Burke Wonnell |
| Michael Burke | |
| | |

--------------------------------------------------------EXHIBITS--------------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 9/14/06 | Report | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |