```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs __RODNEY W. RHODEN__    CASE NO. __3:06-CR-00041-09-RRB__
Defendant: _X_ Present      _X_ In Custody

BEFORE THE HONORABLE            __JOHN D. ROBERTS__

DEPUTY CLERK/RECORDER:          __CAROLINE EDMISTON__

UNITED STATES ATTORNEY:         __SHAWN FULLER__

DEFENDANT'S ATTORNEY:           __T. BURKE WONNELL__

U.S.P.O.:                       __PAULA MCCORMICK__

PROCEEDINGS: ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT
             Held 12/20/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:49 p.m. court convened.

_X_ Copy of Second Superseding Indictment given to defendant: waived reading.

_X_ Defendant advised of general rights, charges and penalties; waived full advisement of rights.

_X_ Defendant waived reading of the Second Superseding Indictment.

_X_ PLEAS: Not Guilty to __Counts 1, 2 and 141 of the Second Superseding Indictment.__

_X_ Defendant's detention continued.

_X_ Pretrial motions due **January 12, 2007** with respect to new allegations only.

_X_ OTHER: Court directed counsel to file Attorney Conference Certificate on or before **December 29, 2006.** Court directed counsel to indicate defendant's number on all pleadings that are filed.

At 3:57 p.m.

DATE: __December 20, 2006__     DEPUTY CLERK'S INITIALS: __ce__