T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:06-CR-41-9 RRB |
|---|---|
| Plaintiff, | ) **NOTICE OF INTENT TO CHANGE PLEA** |
| vs. | ) |
| RODNEY W. RHODEN, | ) |
| Defendant. | ) |

COMES NOW Rodney W. Rhoden, by and through undersigned counsel, and hereby gives notice of his intent to enter a change of plea pursuant to a plea agreement to be filed separately. Defendant requests that the Court schedule a hearing for this purpose after the filing of the plea agreement.

RESPECTFULLY SUBMITTED this 5th day of March, 2007.

By: s/ T. Burke Wonnell
CJA Counsel for Defendant
Rodney W. Rhoden
2600 Denali St., Suite 460
Anchorage, AK 99503
Phone: (907)276-8008
E-mail:
tburkewonnell@alaska.net
AK Bar No. 9610049

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies
of the foregoing were sent by mail to:

Frank V. Russo, Esq.

this 5th day of March, 2007.


_____s/ T. Burke Wonnell_____
T. BURKE WONNELL