UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA  v. RODNEY RHODEN 

DATE:  March 6, 2007   CASE NO.  3:06-CR-0041-9-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

      Defendant has filed a Notice of Intent to Change Plea at Docket 379.  A change of plea hearing will be held on **Monday, March 12, 2007, at 9:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING