```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs    RODNEY W. RHODEN       CASE NO. 3:06-CR-00041-09-RRB
Defendant: X Present    X In Custody

BEFORE THE HONORABLE            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:          SUZANNETTE LUCERO

UNITED STATES ATTORNEY:         FRANK RUSSO

DEFENDANT'S ATTORNEY:           T. BURKE WONNELL

PROCEEDINGS: STATUS CONFERENCE (PROPOSED CHANGE OF PLEA HEARING)
             HELD 3/12/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:31 a.m. court convened.

Court and counsel heard re Government's oral motion to continue proceeding; **GRANTED.**

Continued Proposed Change of Plea Hearing set for **3/14/07 at 11:00 a.m.**

As to this defendant, Final Pretrial Conference set for **9/17/07 at 9:00 a.m. is VACATED** and Trial by Jury set for **10/15/07 at 8:30 a.m. is VACATED**.

At 9:33 a.m. court adjourned.

DATE:    MARCH 12, 2007    DEPUTY CLERK'S INITIALS:    SCL

05/00