MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs   RODNEY W. RHODEN        CASE NO. 3:06-CR-00041-09-RRB
Defendant: X Present   X In Custody

BEFORE THE HONORABLE         RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:        SUZANNETTE LUCERO

UNITED STATES ATTORNEY:       FRANK RUSSO AND SHAWN FULLER

DEFENDANT'S ATTORNEY:         T. BURKE WONNELL

U.S.P.O.:                     SCOTT KELLEY

PROCEEDINGS: PROPOSED CHANGE OF PLEA HEARING HELD 3/14/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:02 a.m. court convened.

 X Defendant sworn.

 X Defendant advised of general and appeal rights.

 X Defendant advised of charges.

 X Defendant states true name: RODNEY WILLIAM RHODEN Age: 28

 X Defendant changed plea(s) to guilty on Counts  1 and 141 of
   the Second Superseding Indictment.

 X Court accepted plea(s).  X Referred to P.O. for presentence
                              report.

 X Imposition of Sentence set for   **7/10/07 at 9:00 a.m.**

 X OTHER:  Court and counsel heard plea agreement; Defendant's
    detention continued.

At 11:18 a.m. court adjourned.

DATE:  MARCH 14, 2007      DEPUTY CLERK'S INITIALS:      SCL