NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 272-5011
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-041-09-RRB |
| | ) | |
| Plaintiff, | ) | **MOTION FOR PRELIMINARY** |
| v. | ) | **ORDER OF FORFEITURE** |
| | ) | |
| RODNEY W. RHODEN (D-9), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and hereby requests that this Court enter the Preliminary Order of Forfeiture attached to this motion,

pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.

DATED this 26th day of March, 2007 in Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/James Barkeley
> JAMES BARKELEY
> Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 W. 7th Avenue, #9, Room 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3699
> Fax: (907) 272-5011
> Email: jim.barkeley@usdoj.gov
> Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2007, a true and correct copy of the foregoing MOTION FOR PRELIMINARY ORDER OF FORFEITURE and proposed PRELIMINARY ORDER OF FORFEITURE were served electronically on:

T. BURKE WONNELL (Counsel for Defendant Rodney W. Rhoden)

s/James Barkeley